**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

ROBERT GRAHAM TWEDDLE

    Plaintiff,

v.                                                                                              CASE NO. 6:10-cv-947-Orl-36KRS

BUENA VISTA CORPORATION, SHAM MAHARAJ
and MACANTHONY REALTY INTERNATIONAL,
INC.,

    Defendants.
_____/

## ORDER

This cause comes before the Court upon the Report and Recommendation filed by United States Magistrate Judge Karla R. Spaulding on January 16, 2012 (Doc. 47), recommending that the Court dismiss the case as to Defendants Sham Maharaj and Buena Vista Corporation, without prejudice, and deny all pending motions as moot. The Court notes that no objections to the Report and Recommendation have been filed, and the time to do so has expired.

Plaintiff filed a Notice of Voluntary Dismissal against Defendants Maharaj and Buena Vista Corporation on January 9, 2012, (Doc. 43), and neither Defendant has filed a responsive pleading. Pursuant to Fed. R. Civ. P. 41(a)(1)(B), a plaintiff may request that the Court dismiss a case on grounds that the Court deems proper. The Court agrees with the Magistrate Judge that since there are no pending counterclaims and both Maharaj and Buena Vista Corporation seem to have abandoned their defenses by failing to respond to the Court's orders, dismissal without prejudice is appropriate. Thus, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion

that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects. The Court finds that the claims as to Defendants Maharaj and Buena Vista Corporation should be dismissed.

Accordingly, it is hereby, **ORDERED** and **ADJUDGED** as follows:

1) The Report and Recommendation of the Magistrate Judge (Doc. 47) is **ADOPTED**, **CONFIRMED**, and **APPROVED** in all respects and is made a part of this Order for all purposes, including appellate review.

2) The Clerk is directed to **DISMISS** this case as to Defendants Sham Maharaj and Buena Vista Corporation, without prejudice, terminate any pending motions/deadlines, enter judgment accordingly, and **CLOSE** this case.

**DONE AND ORDERED** at Orlando, Florida on February 7, 2012.

Charlene Edwards Honeywell
United States District Judge

COPIES TO:
MAGISTRATE JUDGE KARLA R. SPAULDING
COUNSEL OF RECORD AND UNREPRESENTED PARTIES